**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**
_____

PHILADELPHIA INDEMNITY INSURANCE
COMPANY,

    Plaintiffs,

v.                                            Case No. 21-12128

PPA 300, LLC, et al.

    Defendant.
_____/

## ORDER EXTENDING SCHEDULING ORDER DATES

The parties in this case have requested a fourth extension of their scheduled discovery and dispositive motion deadlines. The court held a telephone conference with counsel on January 12, 2023 to discuss the requested schedule modifications. The court will adopt the parties' suggested dates, but will order the parties to simultaneously work on the joint proposed jury instructions to prevent any further delay of trial. Accordingly,

IT IS ORDERED that the dates in the Amended Scheduling Order (ECF No. 30) are modified as follows:

- Discovery Deadline: March 24, 2023
- Joint Jury Instructions: March 24, 2023
- Dispositive Motion Deadline: April 28, 2023
- Motions in Limine Deadline: July 31, 2023
- Joint Final Pretrial Statement Deadline: July 31, 2023
- Final Pretrial/Settlement Conference: August 7, 2023

- Jury Trial: August 21, 2023

This order does not alter the instructions contained in the Amended Scheduling Order (ECF No. 30.)

                                                 s/Robert H. Cleland  /
                                                 ROBERT H. CLELAND
                                                 UNITED STATES DISTRICT JUDGE

Dated: January 19, 2023

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 19, 2023, by electronic and/or ordinary mail.

                                                 s/Lisa Wagner  /
                                                 Case Manager and Deputy Clerk
                                                 (810) 292-6522

S:\Cleland\Cleland\NTH\Civil\21-12128.PHILADELPHIA.ExtendSchedulingOrder.NH.docx