UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

PHILADELPHIA INDEMNITY INSURANCE
COMPANY,

    Plaintiff,

v.                                    Case No. 21-12128

PPA 300, LLC, et al.

    Defendant.
_____/

**ORDER SUSPENDING CURRENT DEADLINES, TERMINATING
PENDING MOTIONS, AND REFERRING CASE TO UNITED STATES
MAGISTRATE JUDGE FOR DISCOVERY MANAGEMENT**

    The court held an in-person scheduling conference for this case on May 18, 2023. During this conference, the parties expressed a mutual desire to attempt to resolve this case through settlement discussions with Judge Daniel P. Ryan (retired) in September 2023 (the first available time). To assist in these settlement efforts, the court will suspend all deadlines and delay issuing a revised scheduling order for the time being. Additionally, the parties agreed to suspend their pending discovery motions (ECF Nos. 38, 39), which will be terminated at this time for administrative purposes. Finally, the parties agreed to consult with the Magistrate Judge assigned to the case for any future discovery issues and recognized their duty to meet and confer in preparation for informal or formal discussions with the Magistrate Judge. Accordingly,

    IT IS ORDERED that all deadlines in this case are SUSPENDED.

    IT IS FURTHER ORDERED that "Defendant/Counter-Plaintiffs' [sic.] and Non-Parties' Motion for Protective Order and to Quash Subpoenas" (ECF No. 38) and

"Plaintiff/Counter-Defendant's Motion for Protective Order" (ECF No. 39) are TERMINATED by the parties' agreement.

IT IS FURTHER ORDERED that this case is referred to United States Magistrate Judge Curtis Ivy, Jr. to resolve any future discovery disputes.

IT IS FURTHER ORDERED that the parties shall appear for a telephonic status update with the court on **October 3, 2023 at 10:00 am.**

                                                s/Robert H. Cleland       /
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: May 18, 2023

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 18, 2023, by electronic and/or ordinary mail.

                                                s/Lisa Wagner             /
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522

S:\Cleland\Cleland\TLH\Civil\21-12128.PHILADELPHIA.OrderSuspendingDeadlinesTermMotsReferMJ.NH.docx